medical evidence contemplated by the previous order. Notwithstanding the unexplained omission, petitioner commenced a new article 78 proceeding seeking again to be retired on accidental disability pension. The proceeding was adjourned twice with the consent of the Assistant Corporation Counsel to permit petitioner an opportunity to secure new medical evidence and submit it to the medical board. The default occurred when the Corporation Counsel did not appear on the third date because of a trial engagement, it having been understood that petitioner's counsel would seek a third adjournment, an adjournment violative of a court practice. Under these circumstances we think it was an improvident exercise of discretion for Special Term to refuse to vacate the prior default judgment entered because of the Corporation Counsel's failure to appear. Concur — Sandler, J. P., Carro, Milonas and Kassal, JJ.

■ In the Matter of RAUL RIVERA, Petitioner, v DUNCAN McNAB et al., Respondents. — Application for a writ of mandamus and a writ of prohibition unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Silverman and Milonas, JJ.

■ CAIPHIA C. ROLLE, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Cross motion to dismiss petition seeking to set aside the order of the State Human Rights Appeal Board dated August 5, 1982, unanimously granted and the order of the State Human Rights Appeal Board confirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sandler, Silverman, Lynch and Milonas, JJ.

■ In the Matter of SALVATORE ODIERNO, Petitioner, v IVAN WARNER et al., Respondents. — Application for a writ of prohibition unanimously denied, the cross motion granted and the petition dismissed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Silverman, Bloom, Fein and Alexander, JJ.

■ MARGARET A. ROTH, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Application for an order setting aside an order of the State Human Rights Appeal Board dated July 22, 1982, unanimously denied, the petition dismissed, and the order of the State Human Rights Appeal Board confirmed, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Carro, Asch, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MUSTACCHIO, Appellant. — Judgment, Supreme Court, New York County (McCooe, J.), rendered on April 16, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sandler, Carro, Asch and Fein, JJ.

■ In the Matter of JAMES SCOTT SAUNDERS. — Motion granted, the report of the referee confirmed, and the respondent reinstated as an attorney and counselor at law in the State of New York. Concur — Murphy, P. J., Kupferman, Sandler, Asch and Milonas, JJ.

■ In the Matter of GENE CRESCENZI. — Motion to vacate and set aside the order of suspension, for reargument, and for other relief denied in its entirety. Concur — Kupferman, J. P., Sullivan, Ross, Asch and Milonas, JJ.

■ In the Matter of GENE CRESCENZI. (And Another Proceeding.) — Petition pursuant to CPLR article 78 in the nature of a writ of prohibition enjoining